| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kornmann, Charles B. | District of South Dakota | 02/23/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior status | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010 to 12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 102 4th Avenue SE, Suite 408<br>Aberdeen, SD 57401 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General partner | ▨ Kornmann, a partnership |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1-1-97 | Articles of Partnership, ▨ Kornmann |
| 2. | |
| 3. | |

RECEIVED 2011 FEB 28 A 11: 03

Kornman, Charles B.

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/23/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/23/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Ronald and Sharon Rivett | fishing trip to Sitka, Alaska, for self and spouse, lodging and food incl. | $1,500.00 |
| 2. Michael and Barbara Evans | trip to vacation home rented by the Evans in Scotsdale, AZ | $1,200.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/23/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common stock, Red Ribbon, Inc. | | None | J | W | | | | | |
| 2. Common stock, ▓▓▓▓▓▓ | A | Int./Div. | J | W | | | | | |
| 3. 1/3 ownership, house, Tyndall, SD | B | Rent | | | Sold | Aug 1 | J | A | Michael Bambas |
| 4. farm land, Hamlin County, SD | E | Rent | O | W | | | | | |
| 5. 43.84% interest, partner, ▓▓▓ Kornmann | E | Distribution | O | W | | | | | |
| 6. 43.84% interest, partner, ▓▓▓ Kornmann | E | Distribution | O | W | | | | | |
| 7. SD Retirement System, monthly benefits | D | Distribution | L | W | | | | | |
| 8. Inte est in Black Hills Eagle I partnership | A | Interest | J | U | | | | | |
| 9. Brandywine Fund shares | | None | L | T | | | | | |
| 10. Mutual Beacon Fund CL Z shares | B | Dividend | | | Sold | 12-15 | M | | |
| 11. Mutual Global Disbursement Fund Sha es | B | Dividend | | | Sold | 12-15 | M | E | |
| 12. Mutual European Fund shares | D | Dividend | | | Sold | 12-15 | M | E | |
| 13. Centennial , IRA trust | A | Int./Div. | | | Redeemed | 11-18 | J | A | |
| 14. Centenl Money Market Trust, IRA | A | Int./Div. | | | Redeemed | 11-18 | J | A | |
| 15. Centennial Money Market Trust (Wachovi Securities) | A | Int./Div. | | | Redeemed | 11-18 | J | A | |
| 16. Oakmark Select Shares | A | Dividend | L | T | | | | | |
| 17. Masters Select Equity Fund Shares | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/23/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. The Investment Company of America shares | A | Dividend | | | Sold | 12-15 | K | E | |
| 19. NFJ Dividend Interest ( Kornmann) | A | Dividend | | | Sold | 12-15 | J | | |
| 20. Vanguard 500 Index Fund ( Kornmann) | B | Dividend | L | T | | | | | |
| 21. Vanguard GNMA Fund ( Kornmann) | B | Dividend | K | T | | | | | |
| 22. Vanguard REIT Fund ( Kornmann) | C | Dividend | K | T | | | | | |
| 23. Due on notes from members to Kornmann | A | Interest | | | Matured | 7-6 | J | A | |
| 24. Russell Funds | A | Dividend | N | T | Buy | 12-17 | N | | |
| 25. Eaton Vance Tax Managed BuyWrite Inc. Fund ( Kornmann) | A | Dividend | | | Sold | 12-15 | J | A | |
| 26. Foreign condo investment ( Kornmann) | | None | M | W | | | | | |
| 27. Eaton Vance Tax Managed Buy Write Fund SB1 | A | Dividend | | | Sold | 12-15 | J | | |
| 28. Eaton Vance Tax Global Buy Write Fund ( Kornmann) | A | Dividend | K | T | | | | | |
| 29. Cohen & Steers Div. Majors Fund, Inc. Kornmann | A | Dividend | K | T | Buy | 12-20 | K | | |
| 30. Blackrock Enhanced Divid ( Kornmann) | A | Dividend | | | Sold | 12-15 | J | | |
| 31. Evergreen Glbl O pty Fd Kornmann | C | Dividend | | | Transferred (to line 38) | | | | |
| 32. Ft Spec Fin & Finl Oppty, Kornmann | B | Dividend | K | T | | | | | |
| 33. Anderson Retirement LLC ( Kornmann) | | None | L | T | | | | | |
| 34. Healthcare Plus Federal Credit Union | C | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Healthcare Plus Federal Credit Union, Kornmann | A | Interest | J | T | | | | | |
| 36. Blackrock Enhanced Divid. | A | Dividend | | | Sold | 12-15 | J | | |
| 37. Twin Homes, Aberdeen, SD | A | Rent | N | W | | | | | |
| 38. Wells Fargo Advantage Global ( Kornmann) | D | Dividend | K | T | Transferred (from line 31) | | | | Name change only |
| 39. Wells Fargo Managed Account (IRA) | D | Distribution | N | U | Redeemed (part) | 12-20 | J | | |
| 40. Wells Fargo Managed Account (IRA) | C | Distribution | L | U | Redeemed (part) | 12-20 | J | | |
| 41. Wells Fargo Managed Account (IRA ) | F | Distribution | | | Merged (with line 40) | 12-20 | | | |
| 42. Wells Fargo Cash Sweep (IRA) | A | Interest | | | Closed | 8-29 | J | | |
| 43. Wells Fargo Cash Sweep (IRA) | A | Interest | | | Closed | 8-29 | J | | |
| 44. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kornmann, Charles B. | 02/23/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

### V. GIFTS

Line 1, Ronald and Sharon Rivettt, long time friends from Aberdeen, SD entertained reporting party and spouse together with four other couples from Aberdeen, SD, at their fishing lodge in Alaska for 3 days. We flew in a private plane with the owner of the plane, Michael Evans, and his spouse, Barbara Evans, also long time friends from Aberdeen, SD.

Line 2, Michael and Barbara Evans, long time friends from Aberdeen, SD, invited friends to stay with them in a home they had rented in Arizona for three days to originally host their family members. We flew in a private plane owned by the Evans with three other couples. Meal costs were shared with all concerned.

### VII. INVESTMENTS AND TRUSTS (Contd.)

Line 1, Red Ribbon, Inc. owns an unimproved parcel of land in Indiana. It is a Subchapter S corporation and the income and losses are passed through to the stockholder. There have been no distributions and the land continues to produce no income.

Line 4, this land is leased on a cash rent basis.

Line 5 and Line 6, this partnership owns 2 apartment houses. Liquid investments of the partnership and income therefrom are reported in Part VII.

Line 24, Russell Funds owns and operates a large number of funds in its "family." They are all mutual funds.

Line 33, this is a limited partnership interest, a very small interest as a limited partner; the partnership is operating an assisted care living facility in Indiana.

Line 34, this is money invested in Healthcare Plus Federal Credit Union by the reporting party. See information also as to Line 35.

Line 35 this is money invested in Healthcare Plus Federal Credit Union by          Kornmann.

Line 37, this asset was constructed from scratch by reporting party in 2009 and 2010 and is a real estate investment.

Line 39, because of age of reporting party, one partial IRA withdrawal was required by federal law.

Line 40, because of age of spouse, one partial IRA withdrawal was required by federal law.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544